IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ELVA LETICIA ZAMORA SIAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:16-cv-694 (LMB/TCB) |
| | ) |
| TANNER INVESTMENTS, LTD., et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

In light of the pending state court criminal proceedings against plaintiff relevant to this civil action, and given that defendants do not oppose the motion, plaintiff's Motion to Stay Proceedings Pending Resolution of Criminal Case [Dkt. 11] is GRANTED and it is hereby

ORDERED that this civil action be and is STAYED pending further order of this Court.

The Clerk is directed to remove this civil action from the active docket and forward copies of this Order to counsel of record.

Entered this 20 day of October, 2016.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge