IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

ELVA LETICIA ZAMORA SIAN :
:
    Plaintiff/Counter-Defendant : No. 1:16-cv-694 (LMB/TCB)
:
v. :
:
TANNER INVESTMENTS, LTD, *et al.*, :
:
    Defendants/Counter-Plaintiff :

## ORDER

Upon consideration of the Joint Motion for Approval of Settlement Agreement filed by the parties, it is hereby ORDERED:

1. That the Joint Motion for Approval of Settlement Agreement is GRANTED; and

2. That the Court approves the parties' proposed Settlement Agreement as representing a *bona fide* compromise of Plaintiff's FLSA claims that is fair and reasonable in light of the FLSA's statutory requirements.

3. That the above-captioned case is DISMISSED with prejudice.

4. To the extent that Defendants fail to make the payments due under the parties' Settlement Agreement, Plaintiff may re-open this matter to request that judgment be entered in accordance with the Settlement Agreement.

SO ORDERED

DATED: November 28, 2017

                                              /s/
                                     Leonie M. Brinkema
                                     United States District Judge